No. 1128, Misc. ANDERSON ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioners *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Donald I. Bierman* for the United States.

No. 1154, Misc. POWER *v.* COX, WARDEN. Sup. Ct. N. M. Certiorari denied. Petitioner *pro se. Boston E. Witt,* Attorney General of New Mexico, and *Myles E. Flint,* Assistant Attorney General, for respondent.

No. 1155, Misc. STACY *v.* WALLACK, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Barry Mahoney* and *Brenda Soloff,* Assistant Attorneys General, for respondent.

No. 1158, Misc. McCANTS *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Iris A. Steel,* Deputy Assistant Attorney General, for respondent.

No. 1165, Misc. WEEKS *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Leon B. Polsky* for petitioner. *Aaron E. Koota* and *William I. Siegel* for respondent.

No. 1354, Misc. GOLDBERG *v.* CATHERWOOD, INDUSTRIAL COMMISSIONER. Ct. App. N. Y. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Lillian Z. Cohen,* Assistant Attorney General, for respondent.